UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-CR-110 |
| v. | ) | |
| | ) | Chief Judge Curtis Collier |
| WILLIAM BRADLEY DUPREE | ) | |

**O R D E R**

On February 1, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and
Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser
included offense in Count One of the Indictment, conspiracy to manufacture and distribute five
grams or more of actual methamphetamine and fifty grams or more of a mixture and substance
containing a detectable amount of methamphetamine, a Schedule II controlled substance, in
violation of Title 21, USC §§ 846, 841(a)(1) and 841(b)(1)(B), in exchange for the undertakings
made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty
of the charges set forth in the lesser included offense in Count One of the Indictment; (c) that a
decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant
shall remain in custody pending sentencing in this matter (Court File No. 230).  Neither party filed
an objection within the given fourteen days.  After reviewing the record, the Court agrees with the
magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS**
the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS**
as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment,
in exchange for the undertakings made by the government in the written plea agreement, is
**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **<u>Thursday, May 26, 2011, at 9:00 am</u>**.

**SO ORDERED.**

**ENTER:**

**<u>/s/_____</u>**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2